**To:** Schuler, Kevin C.[KSchuler@lpciminelli.com]
**From:** Ettaro, Gail
**Sent:** Thur 9/5/2013 4:31:56 PM
**Subject:** RE: RFQ/RFP sample

RFPnotes.JPG

My notes.

___

**LPCiminelli**
CONSTRUCTION MANAGEMENT Å PROGRAM MANAGEMENT Å GENERAL CONTRACTING

Gail Ettaro  Å  Senior Director, Marketing
gettaro@lpciminelli.com   Å  Tel 716.855.1200 Ext. 215   Å  Fax 716.854.6655
___
Please consider the environment before printing this email.

---

**From:** Ettaro, Gail
**Sent:** Thursday, September 05, 2013 4:27 PM
**To:** Schuler, Kevin C.
**Subject:** RE: RFQ/RFP sample

We also gave a sample or two to Richardson Olmsted Complex

G:\GROUPS\BD\External\_CULTURE & THE ARTS\Richardson Olmsted Complex\sample RFP's_0310

G:\GROUPS\BD\External\_CULTURE & THE ARTS\Richardson Olmsted Complex\sample RFQ_0412

___

**LPCiminelli**
CONSTRUCTION MANAGEMENT Å PROGRAM MANAGEMENT Å GENERAL CONTRACTING

Gail Ettaro  Å  Senior Director, Marketing
gettaro@lpciminelli.com   Å  Tel 716.855.1200 Ext. 215   Å  Fax 716.854.6655
___
Please consider the environment before printing this email.

---

**From:** Ettaro, Gail
**Sent:** Thursday, September 05, 2013 4:11 PM
**To:** Schuler, Kevin C.
**Subject:** RFQ/RFP sample

Kevin – there is a Statement of Qualifications sample from March 2012 – take a look at that.

G:\GROUPS\BD\Internal\Corporate Communications\Resources\RFP & RFQ Samples

___

**LPCiminelli**
CONSTRUCTION MANAGEMENT Å PROGRAM MANAGEMENT Å GENERAL CONTRACTING

Gail Ettaro  Å  Senior Director, Marketing
gettaro@lpciminelli.com   Å  Tel 716.855.1200 Ext. 215   Å  Fax 716.854.6655
___
Please consider the environment before printing this email.

9/5/13        (Pull RFP)

Qualitative
not Quantitative

Unique to LPC
Biotech

- Delivery in B/lo for over 10 yrs.
- History of exp. in B/lo
- Staff, Local exp
- 3 projects in last 5 yrs. in WNY
  understand this market,
  contracting build w/ twin
- ~~then~~ sitting
- MWBE
- PLA
- commitment to community