```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :   NOLLE PROSEQUI
                                 :
           -v.-                  :   S2 16 Cr. 776 (VEC)
                                 :
MICHAEL LAIPPLE,                 :
                                 :
           Defendant.            :
                                 :
- - - - - - - - - - - - - - - - x
```

1. The filing of this *nolle prosequi* will dispose of this case with respect to MICHAEL LAIPPLE, the defendant.

2. On November 22, 2016, an Indictment was filed in this case, charging MICHAEL LAIPPLE, the defendant, with (i) conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349, (ii) wire fraud, in violation of 18 U.S.C. §§ 1343 and 2, and (iii) payment of bribes and gratuities, in violation of 18 U.S.C. §§ 666(a)(2) and 2.

3. On May 11, 2017, a First Superseding Indictment was filed in this case, charging MICHAEL LAIPPLE, the defendant, with (i) conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349, (ii) wire fraud, in violation of 18 U.S.C. §§ 1343 and 2, and (iii) payment of bribes and gratuities, in violation of 18 U.S.C. §§ 666(a)(2) and 2.

4. On September 19, 2017, a Second Superseding

Indictment was filed in this case, charging MICHAEL LAIPPLE, the defendant, with (i) conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349, (ii) wire fraud, in violation of 18 U.S.C. §§ 1343 and 2, and (iii) payment of bribes and gratuities, in violation of 18 U.S.C. §§ 666(a)(2) and 2.

5. Based on its review of the evidence in the case and information acquired subsequent to the filing of the Second Superseding Indictment, the Government has concluded that further prosecution of MICHAEL LAIPPLE, the defendant, would not be in the interests of justice.

6. Accordingly, in light of the foregoing, we recommend that an order of *nolle prosequi* be filed as to MICHAEL LAIPPLE, the defendant, with respect to Indictment 16 Cr. 776 (VEC), First Superseding Indictment S1 16 Cr. 776 (VEC), and Second Superseding Indictment S2 16 Cr. 776 (VEC).

Dated:   New York, New York
         June 1, 2018

_____
Robert Boone
David Zhou
Matthew Podolsky
Assistant United States Attorneys
(212) 637-2208/2438/1947

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of *nolle prosequi* be filed as to MICHAEL LAIPPLE, the defendant, with respect to Indictment 16 Cr. 776 (VEC), First Superseding Indictment S1 16 Cr. 776 (VEC), and Second Superseding Indictment S2 16 Cr. 776 (VEC).

Dated:   New York, New York
         June 1, 2018

_____
GEOFFREY S. BERMAN
United States Attorney
Southern District of New York


SO ORDERED this _____ day of June 2018.


_____
HONORABLE VALERIE E. CAPRONI
United States District Judge
Southern District of New York